# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MACKENZIE HILL,** | § § § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **CIVIL ACTION NO.** __23-cv-00970__ |
| **UNIFI AVIATION, LLC and THE ESTATE OF DAVID RENNER,** | § § § | |
| *Defendants.* | § § | |

## DEFENDANT UNIFI AVIATION, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Unifi Aviation, LLC ("Unifi") provides the following information:

(a)(1)  Unifi is a subsidiary of AirCo Aviation Services, LLC.   Delta Air Lines, Inc., a publicly held corporation, is the minority member of AirCo Aviation Services, LLC.

(a)(2)  Defendant Unifi states that it is a limited liability company whose sole member is AirCo Aviation Services, LLC, a Delaware limited liability company with its principal place of business in Atlanta, Georgia.

AirCo Aviation Services, LLC consists of three members: (1) Delta Air Lines, Inc., a Delaware corporation with its principal place of business in Atlanta, Georgia; (2) Scrub Holdings, Inc., a Delaware corporation with its principal place of business in Atlanta, Georgia; and (3) Argenbright Holdings IV, LLC, a Delaware LLC with its principal place of business in Atlanta, Georgia.

Argenbright Holdings IV, LLC has a sole member, Argenbright Holdings V, LLC, which is also a Delaware corporation with its principal place of business in Atlanta, Georgia.

Argenbright Holdings V, LLC has a sole member, Argenbright Master Holding, LLC, which is also a Delaware corporation with its principal place of business in Atlanta, Georgia.

Argenbright Master Holding, LLC consists of three members: (1) Frank A. Argenbright, Jr.; (2) the Sarah Blythe Argenbright and Descendants Nevada Trust; and (3) the Hunter B. Argenbright and Descendants Nevada Trust.

- Frank A. Argenbright is a resident and domiciliary of Florida.

- The co-trustees of the Sarah Blythe Argenbright and Descendants Nevada Trust, which was formed in Nevada, are (1) the Alliance Trust Company of Nevada (formed in Nevada with its principal place of business in Reno, Nevada); (2) Karan Iswhar (a resident and domiciliary of Georgia); and (3) Sarah B. Argenbright (a resident and domiciliary of Georgia).

- The co-trustees of the Hunter B. Argenbright and Descendants Nevada trust, which was formed in Nevada, are (1) the Alliance and Trust Company of Nevada (formed in Nevada with its principal place of business in Reno, Nevada); (2) Karan Ishwar (resident and domiciliary of Georgia); and (3) Hunter B. Argenbright (resident and domiciliary of New York).

Respectfully submitted,

/s/ *Stuart B. Brown, Jr.*
Stuart B. Brown, Jr.
State Bar No. 24006914
bbrown@jw.com
Kshitiz Gautam
State Bar No. 24131877
kgautam@jw.com
**JACKSON WALKER LLP**
2323 Ross Ave., Suite 600
Dallas, Texas  75201
(214) 953-6000
(214) 661-6608 – facsimile

Josué J. Galván
State Bar No. 24101784
jgalvan@jw.com
**JACKSON WALKER LLP**
1900 Broadway, Suite 1200
San Antonio, Texas 78215
(210) 978-7790
(210) 242-4694 - facsimile

**ATTORNEYS FOR DEFENDANT UNIFI AVIATION, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2023, a copy of the foregoing document was filed electronically using the Court's Electronic Case Filing System.  Notice of this filing will be sent electronically to counsel of record using the Court's electronic notification system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ *Stuart B. Brown, Jr.*
Stuart B. Brown, Jr.