# EXHIBIT B

BEXAR COUNTY CLERK

# CASE SUMMARY
## CASE NO. 2023PC02901

| | | |
|---|---|---|
| MACKENZIE HILL  V.  UNIFI AVIATION, LLC AND THE ESTATE OF DAVID RENNER | § § § § | Location: **Probate Court 1**<br>Judicial Officer: **Probate Court, 1**<br>Filed on: **08/02/2023** |

---

### CASE INFORMATION

Case Type: **PLAINTIFF'S ORIG PETITION**

Case Status: **08/02/2023  Pending**

---

### PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Plaintiff** | Hill, MacKenzie | **WOOD, L JAMES**<br>*Retained*<br>*5123295005(W)*<br>*508 POWELL ST*<br>*AUSTIN, TX 78703-5122*<br>*JAMES@LONG-WOOD.COM* |
| **Defendant** | THE ESTATE OF DAVID RENNER | |
| | **Unifi Aviation, LLC**<br>*Corporation Service Company d/b/a CSC*<br>*211 E. 7th Street, Suite 620*<br>*Austin, TX 78701-3218* | |
| **Decedent** | Renner, David | |

---

### EVENTS & ORDERS OF THE COURT

| DATE | |
|---|---|
| 08/02/2023 | **EVENTS**<br>PLAINTIFF'S ORIGINAL PETITION (OCA)<br>*Jury Demand, Notice of Rule 194 Required Disclosures, and Motion for Scire Facias Substitution, and Certificate of Last Known Address.* |
| 08/04/2023 | Probate/Guardianship - New Cases or Applications Filed (OCA) |

---

### FINANCIAL INFORMATION

| | |
|---|---:|
| **Plaintiff** Hill, MacKenzie | |
| Total Charges | 368.00 |
| Total Payments and Credits | 368.00 |
| **Balance Due as of  08/07/2023** | **0.00** |

PAGE 1 OF 1                                                                                                     *Printed on 08/07/2023 at 10:39 AM*