# EXHIBIT C-2

NO. 2023PC02901

| | | |
|---|---|---|
| MACKENZIE HILL, | § § § | IN THE PROBATE COURT |
| *Plaintiff,* | § § | |
| v. | § § § | NO. 1 |
| UNIFI AVIATION, LLC and THE ESTATE OF DAVID RENNER, | § § § § | |
| *Defendants.* | § § | BEXAR COUNTY, TEXAS |

### DEFENDANT UNIFI AVIATION, LLC'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Unifi Aviation, LLC ("Unifi") files its Original Answer to Plaintiff's Petition (the "Petition") and would respectfully show the Court as follows:

#### I. GENERAL DENIAL

1. Pursuant to Texas Rule of Civil Procedure 92, Unifi denies each and every allegation contained in the Petition and demands strict proof thereof as required by Texas law.

#### II. AFFIRMATIVE DEFENSES

2. Plaintiff fails to state a claim upon which relief may be granted.

3. Plaintiff's claims are preempted in whole or in part by federal law, including the Airline Deregulation Act and other applicable federal statutes and regulations.

4. The alleged damages claimed by Plaintiff were solely and/or proximately caused by the acts, carelessness, omissions, and/or negligence of other persons or entities for whom Unifi neither had nor has any control or responsibility.

5. The alleged damages claimed by Plaintiff were solely and/or proximately caused by one or more new and independent, intervening, and/or superseding acts or omissions of other parties or persons for which Unifi is not liable or responsible.

6.       Plaintiff lacks standing to assert claims under the Deceptive Trade Practices Act.

7.       Plaintiff's claims for damages based on mental anguish are not recoverable to the extent they relate to Plaintiff's Deceptive Trade Practices Act causes of action because Unifi's alleged conduct, if any, was not intentional or knowing.

8.       Plaintiff failed to provide any required notice of her Deceptive Trade Practices Act alleged claims and causes of action.

9.       Any award of exemplary damages in this case would violate Unifi's right to due process guaranteed by the Due Process Clause of the 14th Amendment to the United States Constitution and Article 1, Section 19 of the Texas Constitution.

10.      An award of exemplary damages in this case would violate the Equal Protection clauses of both the United States and Texas Constitutions in that an award of such damages is left to the unfettered discretion of the jury, and that under Texas law there are not adequate safeguards against an arbitrary and unreasonable imposition of such civil penalties.

11.      Unifi asserts the burden of proof, unanimity, and all other provisions, conditions and limitations on exemplary damages imposed by Chapter 41 of the Texas Civil Practice & Remedies Code, including the limitations set out in § 41.008.

### III.   PRAYER

WHEREFORE, Unifi respectfully prays that upon final hearing hereof, Plaintiff take nothing, and that the Court allow Unifi to recover its costs, and all such other and further relief, both general and special, at law or in equity, to which Unifi may show itself to be justly entitled.

Respectfully submitted,

/s/ *Stuart B. Brown, Jr.*
Stuart B. Brown, Jr.
State Bar No. 24006914
bbrown@jw.com
Kshitiz Gautam
State Bar No. 24131877
kgautam@jw.com
**JACKSON WALKER LLP**
2323 Ross Ave., Suite 600
Dallas, Texas  75201
(214) 953-6000
(214) 661-6608 – facsimile

Josué J. Galván
State Bar No. 24101784
jgalvan@jw.com
**JACKSON WALKER LLP**
1900 Broadway, Suite 1200
San Antonio, Texas 78215
(210) 978-7790
(210) 242-4694 - facsimile

**ATTORNEYS FOR DEFENDANT UNIFI AVIATION, LLC**

## CERTIFICATE OF SERVICE

This is to certify that on August 8, 2023, a true and correct copy of the foregoing document was served via electronic service on all counsel of record.

*/s/ Stuart B. Brown, Jr.*
Stuart B. Brown, Jr.

| | |
|---|---|
| **From:** | support=filetime.com@mail.filetime.com on behalf of support@filetime.com |
| **Sent:** | Tuesday, August 8, 2023 9:08 AM |
| **To:** | Russo, Steve |
| **Subject:** | Submitted new filing(s) for case#2023PC02901 with submission id#78294796 |

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***



Fast and Reliable

## Proof of Submission

| | |
|---|---|
| **Submission ID:** 78294796 | **Cause No:** 2023PC02901 |
| **Submission Date & Time:** 08/08/23 09:08 AM CDST | **Client ID:** 165286.00001 |
| **Plaintiff:** MacKenzie Hill | **Document:** 2023-08-08 Def. Unifi Original Answer.pdf |
| **Defendant:** Unifi Aviation, LLC | |
| **Decedent:** David Renner | |
| **Defendant:** THE ESTATE OF DAVID RENNER | |

| Case Information | | Fees Breakdown | |
|---|---|---|---|
| **Case Title:** MACKENZIE HILL V. UNIFI AVIATION, LLC AND THE ESTATE OF DAVID RENNER | **Client ID:** 165286.00001 | **Court Fees** | |
| | | **Answer/Response** | |
| | | Filing Fee | $0.00 |
| **Jurisdiction:** Bexar County - Probate Court #1 | **Cause No:** 2023PC02901 | Total Fee For This Filing | $0.00 |
| **Case Category:** Probate - Other | **Attorney:** Stuart Brad Brown | **Submission Fees** | |
| **Case Type:** PLAINTIFF'S ORIG PETITION | **Filer:** Stephen Russo | eFiling Manager Convenience Fee | $1.00 |
| **Payment Account:** FileTime | | FileTime Service Fee | $3.99 |
| | | Sales Tax on FileTime Fee | $0.33 |
| **Case Parties** | | | |
| **Party Type** | **Name** | **Our Client** | Total Submission Fees $5.32 |
| Plaintiff | MacKenzie Hill | No | Total Fees for this Filing $5.32 |
| Defendant | Unifi Aviation, LLC | Yes | **Credit Card Information for This Filing** |
| Decedent | David Renner | No | |
| Defendant | THE ESTATE OF DAVID RENNER | No | **Your credit card statement will show:** |

**Filings**

Filing Type: eFile & eServe

| Filing | Documents |
|---|---|

**Pleading**

| Jurisdiction | $0.00 |
|---|---|

| Answer/Response | Document | Type | Security | eFiling Manager | $5.32 |
|---|---|---|---|---|---|
| | 2023-08-08 Def. Unifi Original Answer.pdf | Lead Document | Does not contain sensitive data | | |

Filing Description: Defendant Unifi Aviation, LLC's Original Answer

### Service Contacts

| Name |
|---|
| Stuart Brown |
| Kshitiz Gautam |
| Josué Galván |
| Cheryl Leger |
| Celia Morales |
| Dalia Vicencio |
| Stephen Russo |

### Service Recipients

| Name | Firm Name |
|---|---|
| Lewis Wood | The James Wood Law Firm, PLLC |
| James Wood | The James Wood Law Firm, PLLC |
| Natalie Jordan | The James Wood Law Firm, PLLC |
| Nicole Regan | The James Wood Law Firm |

2