# EXHIBIT C-3

NO. 2023PC02901

| | | |
|---|---|---|
| **MACKENZIE HILL,** | § § § | **IN THE PROBATE COURT** |
| *Plaintiff,* | § § | |
| v. | § § | NO. 1 |
| **UNIFI AVIATION, LLC and THE ESTATE OF DAVID RENNER,** | § § § § | |
| *Defendants.* | § § | **BEXAR COUNTY, TEXAS** |

## NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

TO THE CLERK OF THE PROBATE COURT:

Pursuant to 28 U.S.C. §§ 1332 and 1441 *et seq.*, you are hereby notified that on August 8, 2023, Defendant Unifi Aviation, LLC filed its Notice of Removal of this proceeding in the United States District Court for the Western District of Texas, San Antonio Division. A copy of such notice is attached hereto and should be filed by you with the papers in this cause.

Upon filing of the Notice of Removal, removal has been effected pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

/s/ *Stuart B. Brown, Jr.*
Stuart B. Brown, Jr.
State Bar No. 24006914
bbrown@jw.com
Kshitiz Gautam
State Bar No. 24131877
kgautam@jw.com
**JACKSON WALKER LLP**
2323 Ross Ave., Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 661-6608 – facsimile

Josué J. Galván
State Bar No. 24101784
jgalvan@jw.com
**JACKSON WALKER LLP**
1900 Broadway, Suite 1200
San Antonio, Texas 78215
(210) 978-7790
(210) 242-4694 - facsimile

**ATTORNEYS FOR DEFENDANT UNIFI AVIATION, LLC**

### CERTIFICATE OF SERVICE

This is to certify that on August 8, 2023, a true and correct copy of the foregoing document was served via electronic service on all counsel of record.

*/s/ Stuart B. Brown, Jr.*
Stuart B. Brown, Jr.