# EXHIBIT A

Probate Court 1

# Case Summary

Case No. 2023PC02901

| | | | |
|---|---|---|---|
| MACKENZIE HILL V. UNIFI AVIATION, LLC AND THE ESTATE OF DAVID RENNER | §<br>§<br>§ | Location:<br>Judicial Officer:<br>Filed on: | **Probate Court 1**<br>**Probate Court, 1**<br>**08/02/2023** |

## Case Information

| | | |
|---|---|---|
| | Case Type: | PLAINTIFF'S ORIG PETITION |
| | Case Status: | 08/02/2023   Pending |

## Party Information

**Decedent**   Renner, David

## Events and Orders of the Court

08/02/2023    Probate/Guardianship - New Cases or Applications Filed (OCA)

08/02/2023
PLAINTIFF'S ORIGINAL PETITION (OCA)
   *Jury Demand, Notice of Rule 194 Required Disclosures, and Motion for Scire Facias Substitution, and Certificate of Last Known Address.*

08/08/2023    ANSWER/RESPONSE
   *Defendant Unifi Aviation, LLC's Original Answer*

08/08/2023    NOTICE
   *To State Court of Removal to Federal Court*